STATE OF MINNESOTA
IN SUPREME COURT



FILED

November 2, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Bradley V. Larson a Minnesota Attorney,
Registration No. 0060379.

ORDER

On September 18, 2015, the Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action and supplementary petition alleging that respondent Bradley V. Larson committed professional misconduct warranting public discipline, namely, in one matter having individuals falsely attest to witnessing the execution of a codicil to a will in violation of Minn. R. Prof. Conduct 5.3(c), 8.4(a), (c), and (d), and in a second client matter failing to diligently pursue the representation, failing to communicate with the client, failing to advise the client of information relevant to representation, and failing to safeguard client documents in the lawyer's possession, in violation of Minn. R. Prof. Conduct 1.3, 1.4(a)(2), 1.4(a)(3), 1.4(a)(4), and 1.4(b), and 1.15(c)(2). Respondent waives his procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and admits the allegations of the petitions. The parties jointly recommend that the appropriate discipline is a public reprimand.

The court has independently reviewed the file and approves the recommended disposition.

1

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.     Respondent Bradley V. Larson is publicly reprimanded;

2.     Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated:  November 2, 2015          BY THE COURT:

David R. Stras
Associate Justice

2